RECEIVED
SDNY PRO SE OFFICE
2025 NOV -3 PM 5:00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON CERVANTES PURISIMA, et. al.

Write the full name of each plaintiff.

25 CV 9209

(Include case number if one has been assigned)

-against-

ZOHRAN KWAME MANDANI, et. al. and (the "others").

COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☒ Diversity of Citizenship

*ACP*

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____
_____
_____
_____

### B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, __ANTON C. PURISIMA__, is a citizen of the State of
(Plaintiff's name)

__NEW YORK__
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, __ZOHRAN KWAME MAMDANI__, is a citizen of the State of
(Defendant's name)

Ack ✓

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__ANTON__ __C.__ __PURISIMA__
First Name    Middle Initial    Last Name

__296 NINTH AVENUE,__
Street Address

__NEW YORK,__    __NY__    __10001__
County, City    State    Zip Code

__551-426-7878__    __acpurisima@gmail.com__
Telephone Number    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: ZOHRAN MAMDANI
First Name / Last Name

Candidate for "Mayor" of New York City
Current Job Title (or other identifying information)

Election Day: NOV. 04, 2025
Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 2: And The "others" and or et. al.
First Name / Last Name

will be identified as soon as possible!!!
Current Job Title (or other identifying information)

ACP

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 3: et. al. . . . . .
First Name / Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 4: _____
             First Name              Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City            State            Zip Code

ACY

### III. STATEMENT OF CLAIM

Place(s) of occurrence: "7-11 STORE" on 6Th. AVENUE AND 31st. Street

Date(s) of occurrence: _____

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please note: Attached, is PAGE FIVE -"A" TO INCORPORATE IN HEREIN:

The Assault & Battery, and others "Reported to the NYPD police" and there is a "POLICE REPORT," and on going investigation;

Pursuant to information and belief and the incidents involved and experienced by π A.C.P. herein the alleged in this complaint.

π ACP incorporates all his cases and incidents alleged in each case that he filed in this courthouse and other courthouses that he filed complaints or cases to incorporate.

π ACP Requests this court that this case be represented by the Attorneys of President Donald J. Trump because ACP is a "Supporter" of President Donald J. Trump, and hereby Requested.

Please Take notice and Pursuant to info. & Belief, ACP was assaulted as alleged in his medical records presented as alleged in exhibits attached herewith.

ACP                                          PAGE FIVE - "A"

Acp

**INJURIES:** <u>AND TO INCORPORATE IN THIS CASE.</u>

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Assault and Battery; Elderly Abuse. <u>ALL CASES THAT ANTON C. PURISIMA IS INVOLVED IS PART OF THIS CASE.</u> Discrimination and Refusal to provide Customer Service; Denied Services due to President Political issues and as "supporter" of Donald J. Trump, and this the main reason that Anton C. Purisima were assaulted in several incidents, and continuing...

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Plaintiff hereby requests this honorable Court to Decide the Relief and to apply the applicable relief requested in other cases and in this case as well as the "applicable Criminal Prosecution requested in other cases that Anton C. Purisima not involved therein.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

NOV. 03, 2025
Dated

Plaintiff's Signature

ANTON   C.   PURISIMA
First Name / Middle Initial / Last Name

296 NINTH AVENUE,
Street Address

NEW YORK,   NEW YORK   10001
County, City / State / Zip Code

551-426-7878   acpurisima@gmail.com
Telephone Number / Email Address (if available)

ACP / MAILING ADDRESS: P.O. Box 7020
New York, NY 10116

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

# EXHIBIT "ONE"



EXHIBIT "TWO"



ard of Elections
the City of New York
anhattan Office
0 Varick Street, 10 Fl
w York, NY 10014

ce Requested



**OFFICIAL ELECTION MAIL**
Authorized by the U.S. Postal Service

PRSRT STD
US POSTAGE **PAID**
BD OF ELECTIONS
CITY OF NEW YORK



**FFICIAL VOTER INFORMATION**
of 8/27/2025

1239896

411553306

Day:
er 4, 2025

ing Dates:
25–November 2, 2025

\*\*\*\*\*\*\*AUTO\*\*SCH 5-DIGIT 10001
C51JHAA   3795   3301   1239896/1239756-1   T3924   3945
Anton C Purisima
General Delivery
New York, NY 10001-9999

Important Voting Information Inside

EXHIBIT "THREE"