UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTON C. PURISIMA,

                Plaintiff,

-against-

ZOHRAN MAMDANI; THE "OTHERS",

                Defendants.

25-CV-9209 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On May 29, 2013, Plaintiff was barred from filing any new civil action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Purisima v. Comm'r of Soc. Sec.*, ECF 1:13-CV-1068, 7 (LAP) (S.D.N.Y. May 29, 2013). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses the action

      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   November 6, 2025
           New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge