UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTON C. PURISIMA,<br><br>                             Plaintiff,<br><br>-against-<br><br>ZOHRAN MAMDANI; THE "OTHERS",<br><br>                             Defendants. | 25-cv-9209 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 6, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 7, 2025
           New York, New York

                                              /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                          Chief United States District Judge